# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VALERIE J. POWERS, | ) | Case 5:21-cv-958 |
| | ) | |
| *Plaintiff*, | ) | Brenda K. Sannes |
| | ) | United States District Judge |
| v. | ) | |
| | ) | Christian F. Hummel |
| KILOLO KIJAKAZI, | ) | United States Magistrate Judge |
| Acting Commissioner of Social Security, | ) | |
| | ) | Stipulation – Document Filed Electronically |
| *Defendant*. | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for a new hearing and decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

May 19, 2022

Kilolo Kijakazi,

By Her Attorneys

Carla B. Freedman,
United States Attorney

*/s/ Natasha Oeltjen*
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-1849
natasha.oeltjen@ssa.gov

Respectfully Submitted,

Valerie J. Powers,

By Her Attorney

Olinsky Law Group

*/s/ Howard D. Olinsky*[1]
250 South Clinton Street
Suite 210
Syracuse, NY 13202
(315) 701-5780
holinsky@windisability.com

IT IS SO ORDERED:

Brenda K. Sannes
U.S. District Judge

Dated: May 23, 2022
Syracuse, NY

---

[1] Signed by Natasha Oeltjen with Howard Olinsky's permission.